```
Wed Nov 12 16:10:05 2003

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.    100 420858
Cashier         ah1

M.O. Number: 06795899182

DO Code    Div No
4661         1

Sub Acct Type Tender      Amount
1:086900  N     3         102.00
2:086900  N     1           3.00

Total Amount       $    105.00

C YOUNG

APPEAL C-1-03-512
        01-375


Wed Nov 12 16:10:05 2003

M. O. No. 06795899182
Amount $  102.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```