No. 02-4031

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

APR 21 2004

LEONARD GREEN, Clerk

CHARLES YOUNG, JR.,

    Plaintiff-Appellant,

v.

S. E. JOHNSON COMPANIES, INC.,

    Defendant-Appellee.

O R D E R

1:01 cv 375

Before: BOGGS, Chief Judge; DAUGHTREY, Circuit Judge; ALDRICH, District Judge.*

Charles Young Jr. has filed a petition for rehearing of this court's order of March 11, 2004, affirming the summary judgment for defendant in this action filed under Section 301 of the Labor Management Relations Act.

Upon consideration, this panel concludes that it did not misapprehend or overlook any point of law or fact when it issued its order. Fed. R. App. P. 40(a).

The petition for rehearing is therefore denied.

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By /s/ Nancy Barnes
    Deputy Clerk

ENTERED BY ORDER OF THE COURT

/s/ Leonard Green
    Clerk

---

*The Honorable Ann Aldrich, United States District Judge for the Northern District of Ohio, sitting by designation.