

```
FILED
JAMES ROHN
   CLERK

04 MAY -6 PM 3:50
```

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-4031

Filed: May 5, 2004

CHARLES YOUNG, JR.

   Plaintiff - Appellant   1:01 cv 375

v.

S. E. JOHNSON COMPANIES, INC.

   Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 3/11/04 the mandate for this case hereby issues today.

COSTS: NONE

A True Copy.

Attest:

*[signature]*

Deputy Clerk