# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
**CLERK**

**MICHELLE R. SENGER**
(513) 564-7045
www.ca6.uscourts.gov

04 MAY -7 PM 4:05

Filed: May 7, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 02-4031
Young vs. S E Johnson Co Inc
District Court No. 01-00375

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [02-4031]. Volumes included: 1 Pl;

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

5-7-04
Date

Very truly yours,
Leonard Green, Clerk

Michelle R. Senger
Records Management Deputy