01-2003 75
Cincinnati
RECEIVED
Aug 8 2004
LEONARD GREEN, Clerk

CC
02-4031

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 6, 2004

FILED
JUL 1 3 2004
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Charles Young, Jr.
v. S. E. Johnson Companies, Inc.
Application No. 04A11
(Your No. 02-4031)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Stevens, who on July 6, 2004 extended the time to and including September 18, 2004.

This letter has been sent to those designated on the attached notification list.

Sincerely,

William K. Suter, Clerk

by Ann McCamey
Ann McCamey
Case Analyst